UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER JACKSON, ) | **NEW CASE NO.  1:12-cv-01148-GSA** |
| Plaintiff, ) | ORDER ASSIGNING CASE |
| ) | RE PRESIDING JUDGE |
| vs ) | |
| ) | Old Case No.  1:12-cv-01148 AWI-GSA |
| CASEPRO, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiff filed their consent on July 19, 2012 and Defendant filed their consent on July 18, 2012 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

    All future pleadings shall be numbered as follows:

**1:12-cv-01148-GSA**

IT IS SO ORDERED.

Dated:   July 20, 2012                                           _____
                                                                         CHIEF UNITED STATES DISTRICT JUDGE