# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

AMBER JACKSON,

             Plaintiff,

    vs.

CASPERO, INC.,

             Defendant.

_____/

CASE NO. CV F 12-1148 MJS

**ORDER TO DISMISS AND TO CLOSE ACTION**
(Doc. 13.)

    Based on the parties' stipulation for dismissal (Doc. 13) under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters,

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   March 6, 2013           /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1